In the Matter of BOND AND MORTGAGE GUARANTEE COMPANY (Boardwalk, between West 11th St. and West 12th St., Coney Island, New York.— Guarantee No. 171,050). JOHN G. WARD et al., as Executors and Trustees of WILLIAM J. WARD, Deceased, Appellants; LAFAYETTE NATIONAL BANK OF BROOKLYN IN NEW YORK, as Trustee for Certificate Holders, et al., Respond-

ents.——

Carswell, Johnston, Taylor and Lewis, JJ., concur; Adel, J., concurs on the authority of *Brighton Operating Corp. v. Morrison* (262 App. Div. 895) and *Hammond* v. *Lawrence Investing Co., Inc.* (262 App. Div. 900), adhering, however, to his opinion expressed in the dissents in those cases. [See *post*, pp. 922, 978.]